**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | |
|---|---|
| **DALE HAFERLAND, et al.** ) <br> ) <br> **Plaintiffs,** ) <br> ) <br> vs. ) <br> ) <br> **CARGILL MEAT SOLUTIONS CORP.,** ) <br> ) <br> **Defendant.** ) | **8:09CV247** <br><br> **ORDER TO SHOW CAUSE** |

The records of the court show that on July 24, 2009, a letter (Filing No. 3) was sent to

**Roger K. Doolittle
DOOLITTLE LAW FIRM
460 Briarwood Drive, Suite 500
Jackson, MS 39206**

from the Office of the Clerk directing that he register for admission to practice in this court, as required by NEGenR 1.7(d) or (f) and for the U.S. District Court of Nebraska's Case Management/Electronic Case Filing System ("System"), as required by NEGenR 1.3(a) and NEGenR 1.3(b)(1).

As of the close of business on September 30, 2009, Mr. Doolittle has not complied with the request set forth in the letter from the Office of the Clerk.

**IT IS ORDERED** that, on or before **October 16, 2009**, attorney Doolittle shall register for the System or show cause by written affidavit why he cannot comply with the rules of the court.

DATED this 2nd day of October, 2009.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge