IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DALE HAFERLAND, et. al. | ) | |
| | ) | |
| Plaintiffs, | ) | 8:09CV247 |
| | ) | |
| v. | ) | |
| | ) | MEMORANDUM AND ORDER |
| CARGILL MEAT SOLUTIONS, Corp., | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED:

1) On or before January 25, 2010:

   a. Plaintiffs' counsel shall file the English translation of the executed consent forms written in Spanish and already filed in this case, along with counsel's affidavit or declaration attesting to the accuracy of the English translation. Plaintiffs' counsel is advised that the court will review this translation to determine if the form used by plaintiffs' counsel prior to court approval adequately advised the plaintiffs of their rights and can be construed as a knowing and voluntary consent to join this litigation, or whether a separate form will need to be served on those who signed the form.

   b. As a separate <u>restricted access</u> filing, plaintiffs' counsel shall file a declaration or affidavit listing, by court filing number, the name and date of birth for those who have already filed consents in this case, along with the date when the consent was executed.

2) The Clerk's office in Lincoln shall maintain a listing of all persons for whom "Opt-In Consent Forms" are filed. The clerk will list the opt-in plaintiffs' names in alphabetical order, and for each plaintiff, state the plaintiff's date of birth, the filing number of the consent form, and the date it was filed. The listing created and maintained by the Clerk in this action, <u>Haferland et. al., v. Cargill</u>, 8:09CV247, shall be separate from

the listing created and maintained in the lead case, <u>Martinez et. al, v. Cargill</u>, 4:09CV3079.

DATED this 11th day of January, 2010.

                BY THE COURT:

                *Richard G. Kopf*
                United States District Judge