IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DALE HAFERLAND, et. al., | ) | |
| | ) | |
| Plaintiffs, | ) | 8:09CV247 |
| | ) | |
| v. | ) | |
| | ) | MEMORANDUM AND ORDER |
| CARGILL MEAT SOLUTIONS, Corp., | ) | |
| | ) | |
| Defendant. | ) | |

After conferring with the parties,

IT IS ORDERED that on or before June 16, 2011, the parties shall submit to the court a proposed schedule for filing their motion to approve the parties' settlement.

DATED this 1st day of June, 2011.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge