IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DALE HAFERLAND, et.al, | ) | |
| | ) | |
| Plaintiffs, | ) | 8:09CV247 |
| | ) | |
| v. | ) | |
| | ) | MEMORANDUM AND ORDER |
| CARGILL MEAT SOLUTIONS, Corp., | ) | |
| | ) | |
| Defendant. | ) | |

After conferring with the parties today,

IT IS ORDERED:

On or before July 8, 2011, the parties shall file their joint motion for court approval of the settlement agreement reached on plaintiffs' FLSA claims.

DATED this 16th day of June, 2011.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge